UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                                  CRIMINAL NO. 2:02CR18KS

CHERYL LYNN WELCH                                                    DEFENDANT

## ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#65] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on November 20, 2002, is hereby remitted.

SO ORDERED, this the   14th   day of April , 2017.

                                        s/ Keith Starrett
                                      HONORABLE KEITH STARRETT
                                      UNITED STATES DISTRICT JUDGE